UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| GARY EUGENE BUNCHE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 16-311-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Memorandum Opinion and Order entered this date regarding Count 1, and the Court's previous Memorandum Opinion and Order regarding Counts 2 and 3 [Record No. 39], it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is granted in favor of Defendant United States with respect to all claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: September 10, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky